379 A.2d 587

Commonwealth v. Gibson, Appellant.

Submitted December 22, 1976. Richard J. Jacobs, Assistant Public Defender, for appellant; James J. Narlesky, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.